```
FILED IN CHAMBERS
   U.S.D.C. Atlanta

   JUN  7 2017

JAMES N. HATTEN, Clerk
By: fBeck  Deputy Clerk
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERTA GERALDO,<br><br>   Plaintiff,<br><br>v.<br><br>INSIGHT GLOBAL, LLC, SUNTRUST BANK, SUNTRUST BANKS, INC., and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>   Defendants. | Civil Action File No.<br>1:17-cv-00509-ODE |

## ORDER APPROVING SETTLEMENT AGREEMENT

Before the Court is the Parties' Joint Motion for Approval of Settlement and For Entry of Dismissal with Prejudice. The Joint Motion asks the Court to approve as fair and reasonable the proposed Confidential Settlement Agreement ("Settlement Agreement") reached by the Plaintiff and Defendants.

Having reviewed the Settlement Agreement, as well as the pleadings and papers on file in this action, the Court enters this Order approving the Settlement Agreement.

1.  The Court FINDS that the settlement agreement between Plaintiff and Defendants is a fair and reasonable compromise of the disputed issues of law and fact between them, and satisfies for approval under Section 16(b) of the Fair Labor Standards Act.

2.  The Court APPROVES the Settlement Agreement and orders that the Settlement Agreement be implemented according to the terms and conditions set forth in the agreement.

3.  The Parties' Joint Motion to Approve Settlement Agreement is hereby **GRANTED**.

4.  As part of the Parties' settlement, Civil Action No. 1:17-cv-00509-ODE is hereby **DISMISSED WITH FULL PREJUDICE**, with each party bearing her or its own costs pursuant to the settlement agreement.

IT IS SO ORDERED this __7__ day of __June__, 2017.

_____
Honorable Orinda D. Evans
U.S. District Court Judge for the Northern District of Georgia